1 FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
2 ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
3 U.S. District Court of Guam
2nd Floor, U.S. Courthouse
4 520 West Soledad Avenue
Hagatna, Guam 96910
5 Telephone: (671) 473-9201
Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 99-00067-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| JUNE NARIO QUINDO | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests for the release of U.S. Passport, Number XXXXXXXX, to the defendant, June Nario Quindo. The passport was released to the custody of the U.S. Probation Office for transmission to the Department of State. The defendant is serving his supervised release term in the Central District of California, and his passport is current. The assigned probation officer has requested that the defendant's passport be transferred to their office for its release to him.

Dated this 13th day of June 2007.

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer