FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00067-001 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RELEASE OF PASSPORT** |
| vs. ) | |
| ) | |
| JUNE NARIO QUINDO, ) | |
| ) | |
| Defendant. ) | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jun 14, 2007**